IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**ERIC C. BURGIE** **PLAINTIFF**
**ADC #120956**

v.    Case No. 4:14-cv-00181-KBG-HDY

**DUSTIN MCDANIEL, ET AL.** **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

SO ADJUDGED this 3rd day of November, 2014.

_____
Kristine G. Baker
United States District Judge